# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA (4 LINCOLN)

| | |
|---|---|
| DENISE WATKINS, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ONE SOURCE THE BACKGROUND ) <br> CHECK COMPANY, LLC, ) <br> ) <br> Defendant. ) | Case No.: 4:24-cv-03021-JMG-JMD <br><br> **MOTION FOR ADMISSION** <br> ***PRO HAC VICE*** |

I, Avery E. Carter, do hereby certify that I have been enrolled as a member of the Bar of the Supreme Court of Georgia, and I now desire to be enrolled as a member of the Bar of the United States District Court for the District of Nebraska for this case only and appear as counsel on behalf of One Source The Background Check Company, LLC.

I, Avery E. Carter, swear, affirm, or acknowledge that as an officer of the United States District Court for the District of Nebraska, I will demean myself faithfully, uprightly, and according to law; and that I will support, uphold, and defend the Constitution of the United States of America.

Dated this 25th day of March, 2024.

By: /s/ *Avery E. Carter*
Avery E. Carter
Ga. Bar No. 443820
ARNALL GOLDEN GREGORY LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363
Tel: (404) 873-8164
Email: avery.carter@agg.com

*Attorney for Defendant*

4870-4013-3041.v1