IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DENISE WATKINS, | ) | CASE NO. 4:24-cv-03021 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| ONE SOURCE THE BACKGROUND | ) | |
| CHECK COMPANY, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ONE SOURCE THE BACKGROUND CHECK COMPANY, LLC'S DISCLOSURE OF CORPORATE AFFILIATIONS, FINANCIAL INTEREST, AND BUSINESS ENTITY CITIZENSHIP**

Pursuant to Federal Rule of Civil Procedure 7.1 and *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 828 (8th Cir. 2004), One Source the Background Check Company, LLC makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associations or similar entities.

*[INSTRUCTIONS: Check the applicable box or boxes, and fill in any required information.]*

☐ This party is an individual.

☐ This party is a publicly held corporation or other publicly held entity.

☒ This party has parent corporations

        If yes, identify all parent corporations, including grandparent and great-grandparent corporations: OS Project Mustang, Inc.

☐ Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity.

        If yes, identify all such owners:

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

    If yes, identify all corporations or entities and the nature of their interest:

☒ This party is a limited liability company or limited liability partnership.

    If yes, identify each member of the entity and the member's state of citizenship: One Source Acquisition Company, LLC (Delaware).

☐ This party is an unincorporated association or entity.

    If yes, identify the members of the entity and their states of citizenship:

Additional information:

    DATED this 25th day of March, 2024.

    ONE SOURCE, THE BACKGROUND CHECK COMPANY, LLC, Defendant,

BY: /s/ Timothy J. Thalken
Timothy J. Thalken, #22173
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102
(402) 341-6000
(402) 341-8290 – fax
tthalken@fraserstryker.com
ATTORNEYS FOR DEFENDANT

3176664.02