## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

DENISE WATKINS,

Plaintiff,

vs.

ONE SOURCE, THE BACKGROUND
CHECK COMPANY, LLC,

Defendant.

**4:24CV3021**

**ORDER OF RECUSAL
REQUEST FOR REASSIGNMENT**

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned."  Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

SO ORDERED.

Dated this 26th day of March, 2024.

BY THE COURT:


*s/ Jacqueline M. DeLuca*
United States Magistrate Judge
