IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| DENISE WATKINS,<br><br>                Plaintiff,<br><br>v.<br><br>ONE SOURCE, THE BACKGROUND CHECK COMPANY, LLC,<br><br>                Defendant. | Case No. 4:24-cv-03021-JMG-MDN |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that Plaintiff's initial Rule 26(a)(1) disclosure was sent via email on April 26, 2024, to:

    Avery E. Carter
    Megan P. Mitchell
    ARNALL GOLDEN GREGORY LLP
    171 17th Street NW, Suite 2100
    Atlanta, GA 30363
    Email: avery.carter@agg.com
             megan.mitchell@agg.com

    and

    Timothy J. Thalken
    FRASER, STRYKER LAW FIRM
    409 South 17th Street
    Suite 500, Energy Plaza
    Omaha, NE 68102
    Email: tthalken@fraserstryker.com
    **Counsel for One Source, The Background Check Company, LLC**

*Respectfully submitted*,

By: /s/ Matthew S. Robertson
A.J. Stecklein
Matthew S. Robertson
STECKLEIN ROBERTSON LAW, CHTD
1503 Westport Road
Kansas City, Missouri 64111
Telephone: 913-371-0727
Facsimile: 913-371-0727
Email: AJ@srlawkc.com
MSR@srlawkc.com

and

Leonard A. Bennett, Esq. (*pro hac vice*)
Craig C. Marchiando, Esq. (*pro hac vice*)
Adam W. Short, Esq. (*pro hac vice*)
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
craig@clalegal.com
adam@clalegal.com
**Attorneys for Plaintiff**

## CERTIFICATE OF FILING

I hereby certify that the foregoing document was filed electronically with the United States District Court on April 29, 2024, which will automatically generate notice of filing to all counsel of record.

/s/ Matthew S. Robertson
Attorney for Plaintiff