IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DENISE WATKINS,<br><br>Plaintiff,<br><br>vs.<br><br>ONE SOURCE, THE BACKGROUND CHECK COMPANY, LLC,<br><br>Defendant. | 4:24CV3021<br><br>**AMENDED FINAL PROGRESSION ORDER** |

This matter comes before the Court on a Joint Motion to Amend the Final Progression Order. (Filing No. 42). Accordingly,

IT IS ORDERED that the final progression order is as amended follows:

1) The trial and pretrial conference will not be set at this time. A status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **January 15, 2025** at **10:30 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. (Filing No. 40).

2) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is February 20, 2025.

3) Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by February 20, 2025.

   Note: A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned

      magistrate judge on or before the motion to compel deadline to set a conference to discuss the parties' dispute, and after being granted leave to do so by the Court.

4)     The deadline for filing motions to dismiss and motions for summary judgment is April 17, 2025.

5)     The deadline for filing motions to exclude testimony on *Daubert* and related grounds is March 20, 2025.

6)     Motions in limine shall be filed seven days before the pretrial conference. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

7)     The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report and the Court's previous progression order ([Filing No. 28](#)) that are not inconsistent with this order.

8)     All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 3rd day of January, 2025.

                          BY THE COURT:

                          s/ Ryan C. Carson
                          United States Magistrate Judge