IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DENISE WATKINS,

          Plaintiff,

vs.

ONE SOURCE, THE BACKGROUND CHECK COMPANY, LLC,

          Defendant.

4:24-CV-3021

ORDER

The parties in this case have resolved their claims. Filing 49. Accordingly,

IT IS ORDERED:

1. On or before March 14, 2025, the parties shall file a joint stipulation for dismissal, or other dispositive stipulation, together with submitting to the undersigned judge a draft order which will fully dispose of the case.

2. Absent compliance with this order, this case, including all claims and counterclaims, may be dismissed without further notice.

3. The Clerk of the Court shall set a dismissal papers deadline of March 14, 2025.

Dated this 28th day of January, 2025.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge